# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MATLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01368-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR APPOINTMENT OF UNITED STATES MARSHAL TO SERVE SUMMONS AND COMPLAINT<br><br>(ECF No. 3) |

Plaintiff Richard A. Matlock is a federal prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's *ex parte* application for appointment of United States Marshal to Serve Summons and Complaint pursuant to Federal Rule of Civil Procedure 4(c)(3), filed on September 30, 2019. (ECF No. 3.) In his *ex parte* application, Plaintiff requests that the Court appoint the United States Marshal Service to serve the summons and complaint in this case on Defendants Kern County Sheriff Donny Youngblood and the United States Marshal Service at the addresses provided in the application. (Id.)

However, Plaintiff's request is premature. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Therefore, service of process will only be ordered after Plaintiff's complaint has been screened and found to state one or more cognizable claims for

1

relief.  If the District Judge assigned to this case finds that Plaintiff's complaint states a cognizable claim against one or more of the named defendants, the undersigned will issue an order finding service of the complaint appropriate and directing that service of summons and the operative complaint be initiated on the proper defendant or defendants.  No motion or *ex parte* application will be necessary.

      Therefore, Plaintiff's *ex parte* application for appointment of United States Marshal to serve summons and complaint, (ECF No. 3), is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:  **October 2, 2019**

UNITED STATES MAGISTRATE JUDGE