# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MATLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01368-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br>(ECF No. 8)<br><br>ORDER TO SUBMIT COMPLETE PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Richard A. Matlock is a federal prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2019, Plaintiff initiated this action. (ECF No. 1.) On September 30, 2019, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2.)

On October 2, 2019, the Court denied Plaintiff's application to proceed *in forma pauperis* because the application was submitted on the incorrect form and was incomplete. (ECF No. 5.) The Court ordered Plaintiff to file a new, completed application to proceed *in forma pauperis* within thirty (30) days form the date of service of the order. (Id.)

Currently before the Court is Plaintiff's second application to proceed *in forma pauperis*, filed on November 8, 2019. (ECF No. 8.)

///

1

However, Plaintiff's application to proceed *in forma pauperis* is incomplete. While Plaintiff has submitted a photocopy of an "inmate inquiry," which lists Plaintiff's prison trust account balances, Plaintiff has failed to submit a certified copy of his federal prison trust account statement showing all of the transactions for the six-month period immediately preceding the filing of his complaint as required by 28 U.S.C. § 1915(a)(2). Plaintiff must submit a completed and signed application to proceed *in forma pauperis*, including a certified copy of his prison trust account statement from Federal Correctional Institution Yazoo City, if he wishes for his application to proceed *in forma pauperis* to be considered by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 8), is DENIED, without prejudice;

2. The Clerk of the Clerk is directed to serve a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his federal prison trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **November 12, 2019**

_____
UNITED STATES MAGISTRATE JUDGE