UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MATLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-01368-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING NONCOGNIZABLE CLAIMS<br><br>(Doc. No. 30, 23) |

Plaintiff Richard A. Matlock is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 1, 2020, the assigned magistrate judge issued a screening order finding that plaintiff's first amended complaint stated a cognizable Fourteenth Amendment failure to protect claim against defendants John Does #1, #2, and #3, and finding no other cognizable claims. (Doc. No. 18 at 8.) Although granted an extension of time to do so (Doc. No. 22), plaintiff failed to advise whether he wished to amend his complaint to attempt to cure the noted deficiencies or to proceed only on the claim found to be cognizable by the screening order. Accordingly, on March 3, 2021, the magistrate judge issued findings and recommendations recommending that the action be dismissed due to plaintiff's failure to comply with the court's order and failure to prosecute this action. (Doc. No. 23.) Before those findings and recommendations were adopted, however,

plaintiff filed a response indicating his intent to proceed on the claims in his first amended complaint which were found to be cognizable by the screening order. (Doc. No. 29.) Thereafter, the magistrate judge issued the pending findings and recommendations recommending that the claims found not to be cognizable be dismissed from this action and that plaintiff be allowed to proceed on his Fourteenth Amendment claim for failure to protect brought against defendants John Does #1, #2, and #3 as asserted in the first amended complaint. (Doc. No. 30.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The findings and recommendations issued on August 30, 2021, (Doc. No. 30), are adopted in full;

2. This action shall proceed on an Eighth Amendment claim against John Does #1–3, and all other claims and defendants are dismissed; and

3. This order renders moot the findings and recommendations issued on March 3, 2021 (Doc. No. 23) and those findings and recommendations are not adopted.

3. This matter is referred back to the magistrate judge.

IT IS SO ORDERED.

Dated:   **September 22, 2021**          /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE

2