UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MATLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01368-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF 90 DAYS TO IDENTIFY JOHN DOE DEFENDANTS**<br><br>**90-DAY DEADLINE** |

    This action proceeds against a John Does #1, #2, and #3 on Fourteenth Amendment failure to protect claims. (Docs. 30, 31.) Although Plaintiff has stated a claim against the John Doe defendants, the Court will not require service on these defendants at this time. The Ninth Circuit has held that where identity is unknown prior to the filing of a complaint, the plaintiff should be given an opportunity through discovery to identify the unknown defendants unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds. *Wakefield v. Thompson*, 177 F.3d 1160, 1163 (9th Cir. 1999) (citing *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980)).

    Accordingly, the Court **GRANTS** Plaintiff **90 days** in which to discover the name of the John Doe defendants through subpoena or otherwise, and to substitute this defendant's actual name by filing a "notice of substitution." *See Wakefield*, 177 F.3d at 1163. If, within 90 days, plaintiff fails to file a notice of substitution that provides the actual name of John Does #1, #2, and #3, the Court will

recommend dismissal of this action without prejudice.

IT IS SO ORDERED.

    Dated: __**September 29, 2021**__           _____ **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE