UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MATLOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01368-JLT-BAK-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT DOE 3**<br><br>(Doc. 38)<br><br>Case to remain open. |

　　　On January 13, 2022, the assigned magistrate judge issued findings and recommendations to dismiss Defendant Doe 3. (Doc. 38.) The Court repeatedly advised that the failure to name a Doe defendant would result in a recommendation to dismiss the defendant from this action without prejudice. (*Id.*) Plaintiff identified Does 1 and 2, and they have been served. (Docs. 33, 37.) However, Plaintiff did not provide enough information on his subpoena to locate Doe 3 for service of process by the United States Marshal. (Doc. 30.) Plaintiff did not seek a second subpoena. (Doc. 38.)

　　　The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto. Plaintiff has not filed any objections, and the time do so has passed.

////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. After carefully reviewing the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, the Court ORDERS that:

1. The findings and recommendations issued on January 13, 2022, (Doc. 38), are adopted in full.

2. Defendant Doe 3 is DISMISSED from this action without prejudice.

3. This case shall remain open and proceed on Plaintiff's Fourteenth Amendment claims for failure to protect against Donny Youngblood and Officer Woosley.

IT IS SO ORDERED.

Dated: **February 9, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE