UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MATLOCK,<br><br>                Plaintiff,<br><br>        v.<br><br>KERN COUNTY, *et al.*,<br><br>                Defendants. | Case No. 1:19-cv-01368-JLT-CDB (PC)<br><br>ORDER TO SHOW CAUSE<br><br>(ECF Nos. 54, 56)<br><br>**FOURTEEN (14) DAY DEADLINE** |

     Plaintiff Richard Matlock is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. On August 1, 2022, Defendants filed a motion for summary judgment. (ECF No. 54.) On August 22, 2022, Plaintiff requested a sixty-day extension of time to respond to Defendants' motion. (ECF No. 56.) The following day, the Court granted the motion and a sixty-day extension, or through October 24, 2022. (ECF No. 57.) The deadline has passed, and Plaintiff has not filed a response in opposition.

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, **within fourteen (14) days**, why the Court should not deem Defendants' motion for summary judgment, (ECF No. 54),

///

///

unopposed and consider the motion without input from Plaintiff.

IT IS SO ORDERED.

Dated: __**November 23, 2022**__          _____
                                    UNITED STATES MAGISTRATE JUDGE