UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. MATLOCK,<br><br>          Plaintiff,<br><br>v.<br><br>KERN COUNTY, *et al.*,<br><br>          Defendants. | Case No. 1:19-cv-01368-JLT-CDB (PC)<br><br>ORDER DENYING DEFENDANTS' AMENDED REQUEST FOR TELEPHONIC STATUS CONFERENCE<br><br>(Doc. 62) |

Plaintiff Richard Matlock is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Pending before the Court is Defendants Donny Youngblood and Officer Woosley's motion for summary judgment for failure to exhaust administrative remedies. (Doc. 54.) After Plaintiff failed to file a timely response, this Court entered an order requiring Plaintiff to show cause why the Court should not deem the motion for summary judgment unopposed and consider the motion without input from Plaintiff. (Doc. 60.)

By the instant motion, Defendants request a telephonic status conference to discuss the motion for summary judgment, the order to show cause, and the continuation of the discovery deadlines. (Doc. 62.) To the extent that Defendants seek to present argument, under Local Rule 230, motions for summary judgment in cases brought by *pro se* prisoners are submitted on the record without oral argument unless ordered by the Court. *See* L.R. 230(*l*). The motion for summary judgment presents straightforward exhaustion issues, and the order to show cause and

Plaintiff's non-response require no discussion. The Court will address scheduling matters following its ruling on the motion for summary judgment as appropriate.

Accordingly, it is HEREBY ORDERED that Defendants' amended request for a telephone status conference (Doc. 62) is DENIED, and the original request is DENIED as moot.

Should Defendants present in a filing to the Court additional information constituting good cause to convene a status conference, the Court will reconsider the present Order of denial.

IT IS SO ORDERED.

Dated: **January 5, 2023**

UNITED STATES MAGISTRATE JUDGE